Marvin H. Kleinberg (State Bar No. 24,953)
Email: mkleinberg@kleinberglerner.com
Michael Hurey (State Bar No. 139,550)
Email: mhurey@kleinberglerner.com
**KLEINBERG & LERNER, LLP**
1875 Century Park East, Suite 1150
Los Angeles, California 90067-3112
Phone: (310) 557-1511 • Fax: (310) 557-1540

Attorneys for Plaintiff  ETS EXPRESS, INC.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| ETS EXPRESS, INC., a California corporation,<br><br>         Plaintiff,<br><br>   v.<br><br>BODUM USA, INC., a Delaware corporation,<br><br>         Defendant | CASE NO.<br>2:13-cv-02084-JVS (JCx)<br><br>**NOTICE OF DISMISSAL OF ACTION PURSUANT TO F.R. CIV. P. RULE 41(a)(1)(A)(i) WITHOUT PREJUDICE** |

1

Notice of Dismissal Without Prejudice

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiff ETS EXPRESS, INC. ("ETS") by and through its attorneys hereby serves notice of dismissal of the above captioned action:  Case No. 2:13-cv-02084-JVS-JC, filed on March 22, 2013, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) without prejudice.

                    KLEINBERG & LERNER, LLP

June 19, 2013           By:   */s/ Marvin H. Kleinberg*
                                    Marvin H. Kleinberg
                                    875 Century Park East, Suite 1150
                                    Los Angeles, CA 90067
                                    Attorneys for Plaintiff ETS Express, Inc.

Notice of Dismissal Without Prejudice